# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY SCOTT FOSSUM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRIAN LAMM, et al.,<br><br>　　　　　Defendants. | Case No. 1:24-cv-01374-JLT-SAB<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(ECF No. 12)<br><br>**FOURTEEN-DAY DEADLINE** |

Plaintiff is proceeding *pro se* and *in forma pauperis* in this 42 U.S.C. § 1983 action. On January 13, 2025, the Court screened Plaintiff's complaint and found that it failed to state a claim for which relief could be granted. (ECF No. 12.) The Court gave Plaintiff 30 days to file an amended complaint. (Id.) Plaintiff has failed to timely file an amended complaint or otherwise respond to the Court's order.

Accordingly, Plaintiff shall be ordered to show cause in writing why the action should not be dismissed for failure to state a cognizable claim for relief, failure to prosecute, and failure to comply with a court order.

It is HEREBY ORDERED that:

1. Within **fourteen (14) days** from the date of service of this order Plaintiff shall show cause why the action should not be dismissed; and

///

2. **<u>Failure to comply with this order will result in a recommendation to dismiss this action for failure to state a cognizable claim for relief, failure to prosecute, and/or failure to comply with a court order.</u>**

IT IS SO ORDERED.

Dated: **February 14, 2025**

STANLEY A. BOONE
United States Magistrate Judge